UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

                                              Case No:16-06326
                                              Chapter 13
                                              Hon: Dales

Michael Mead
                    Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Attorney for Creditor
PO Box 2191
Royal Oak, MI 48068
248-268-2224
_____/

**<u>PROOF OF SERVICE</u>**

       On the January 11, 2018, a copy of the Notice of Payment Change, Escrow Analysis ,and this Proof of Service were served electronically or by first class mail to the following:

Brett Rodgers Trustee

Christopher Hogan, Debtor Counsel

Michael Mead
1761 Fremont Ave NW, Grand Rapids, MI 49504

                                            /s/ Christopher E. Frank____
                                            Christopher E. Frank (P67169)
                                            cfrank@theleducgroup.com
                                            P.O. Box 2191
                                            Royal Oak, MI 48068
                                            248-268-2224